CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 9 2015

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MYRISSA N. ROLLINS, | ) |
| Plaintiff, | ) Civil Action No.: 7:13cv00548 |
| v. | ) |
| CAROLYN W. COLVIN<br>Acting Commissioner of Social Security, | ) By: Hon. Michael F. Urbanski<br>) United States District Judge |
| Defendant. | ) |

## ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on February 10, 2015 recommending that the Commissioner's motion for summary judgment be granted, the plaintiff's motion for summary judgment be denied, and that the Commissioner's final decision be affirmed. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** and **ADJUDGED** that the plaintiff's motion for summary judgment (Dkt. No. 16) is **DENIED**, that the Commissioner's motion for summary judgment (Dkt. No. 20) is **GRANTED**, that the Commissioner's final decision is **AFFIRMED**, the report and recommendation is **ADOPTED in its entirety**, and that this matter is **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: March 19, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge